AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR -9 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.
KEVIN LAMONT HARTON

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:11cr00200-01 JM
USM No. 26474-009

Latrece Gray
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) **Standard, Spec., General** of the term of supervision.
☑ was found in violation of condition(s) **Special** after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Standard (5) | Failing to maintain employment | 03/01/2016 |
| 2 - Special (1) | Failure to participate in substance abuse treatment | 02/17/2017 |
| 3 - General | Failure to refrain from use of a controlled substance | 06/19/2015 |
| 4 - Standard (7) | Failure to refrain from use of a controlled substance | 06/19/2015 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4348

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Little Rock, Arkansas

03/09/2017
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR    U.S. District Judge
Name and Title of Judge

3/9/17
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: KEVIN LAMONT HARTON
CASE NUMBER: 4:11cr00200-01 JM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - General | Violation of federal state or local crime | 11/14/2016 |
| 6 - Standard (9) | Association with persons engaged in criminal activity | 11/10/2016 |
| 7 - Standard (2) | Failure to report to probation officer | 10/24/2016 |
| 8 - Standard (6) | Failure to report change of address | 10/21/2016 |
| 9 - Special | Violation of home detention rules | 02/28/2017 |

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | Judgment — Page 3 of 3 |
|---|---|

DEFENDANT: KEVIN LAMONT HARTON
CASE NUMBER: 4:11cr00200-01 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

SIX (6) MONTHS with no supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends FCI Forest City to be close to family.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:
   ☑ at   02:00   ☐ a.m. ☑ p.m. on   03/16/2017  .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on                    .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on            to           

at            with a certified copy of this judgment.


                                                 UNITED STATES MARSHAL

                                     By                               
                                                 DEPUTY UNITED STATES MARSHAL